664 A.2d 1353

**COMMONWEALTH of Pennsylvania**

v.

**Hector ACEVEDO, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1995.

Decided Oct. 11, 1995.

Elliot J. Segel, Erie, for Hector Acevedo.

William R. Cunningham and Joseph P. Conti, Erie, for Commonwealth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

The Court being evenly divided, the Order of the Superior Court is affirmed.

ZAPPALA and CAPPY, JJ., and MONTEMURO, Senior Justice, who is sitting by designation, would reverse the Order of the Superior Court.